```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JASON DAVID SPEED                                            PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:20CV749TSL-RPM

BILLY SOLLIE                                                 DEFENDANT

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on April 20, 2021, and being duly advised in the premises and there being no objection filed by any party finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on April 20, 2021, be, and the same is hereby adopted as the finding of the court.  It follows that plaintiff's complaint is dismissed for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 5th day of May, 2021.

                                        /s/Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE